**No. 23-706**

---

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

---

***In re: Santa Fe Natural Tobacco Company***
***Marketing and Sales Practices & Products Liability Litigation***

---

On Petition For Permission To Appeal From
The United States District Court For The District Of New Mexico

No. 1:16-md-2695-JB-LF (MDL No. 2695)
(The Honorable James O. Browning)

---

# DEFENDANTS' MOTION FOR LEAVE TO SUBMIT REPLY IN SUPPORT OF RULE 23(f) PETITION FOR PERMISSION TO APPEAL

---


Andrew G. Schultz
Melanie B. Stambaugh
**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**
201 3rd Street NW, Suite 2200
Albuquerque, NM 87102
aschultz@rodey.com
mstambaugh@rodey.com
505-768-7288

David M. Monde
**JONES DAY**
1221 Peachtree Street NE
Suite 400
Atlanta, GA 30309
dmmonde@jonesday.com
404-521-3939

Meir Feder
Sharyl A. Reisman
**JONES DAY**
250 Vesey Street, Floor 34
New York, NY 10281
mfeder@jonesday.com
sareisman@jonesday.com
212-326-3939

Noel J. Francisco
William D. Coglianese
**JONES DAY**
51 Louisiana Drive NW
Washington, DC 20001
njfrancisco@jonesday.com
wcoglianese@jonesday.com
202-879-3939

*Counsel for Defendants- Petitioners Santa Fe Natural Tobacco Co., Reynolds American Inc., and R.J. Reynolds Tobacco Co.*

In accordance with Tenth Circuit Rule 5.1 and Federal Rule of Appellate Procedure 27, Defendants Santa Fe Natural Tobacco Co., Reynolds American Inc., and R.J. Reynolds Tobacco Co. respectfully move for leave to file a reply in support of their petition for permission to appeal under Federal Rule of Civil Procedure 23(f). In support of this motion, Defendants state:

**1.** This motion and the proposed reply comply with Tenth Circuit Rule 5.1. The proposed reply is attached as Exhibit A and complies with Rule 5.1's length limitation. This motion was filed within five business days of service of Plaintiffs' Response to Defendants' Rule 23(f) Petition on September 28, 2023, and so is timely under Rule 5.1.

**2.** This Court regularly grants Rule 23(f) petitioners' motions for leave to file replies, even when those motions are opposed. *See, e.g.*, Order, *Keypoint Gov't Solutions v. Brayman*, 22-702 (10th Cir. May 23, 2022) (granting unopposed motion); Order, *Evans v. Brigham Young Univ.*, No. 22-600 (10th Cir. June 6, 2022) (granting opposed motion); Order, *Rivera v. Exeter Fin. Corp.*, No. 19-704 (10th Cir. Jan. 29, 2020) (granting opposed motion).

**3.** Defendants submit the proposed reply for the limited purpose of responding to Plaintiffs' suggestion (in their Response) that the Court should grant Plaintiffs' Rule 23(f) petition but deny Defendants' petition. For the reasons explained

in the reply, that illogical proposal should be rejected, and the Court should grant both parties' petitions.

**4.** In accordance with Tenth Circuit Rule 27.1, Defendants' counsel conferred with Plaintiffs' counsel to determine whether Plaintiffs would consent to the relief requested in this motion. Plaintiffs take no position on this motion.

Accordingly, Defendants respectfully request leave to file the proposed reply in support of their Rule 23(f) petition.

Dated: October 5, 2023

Respectfully submitted,

*/s/ Andrew G. Schultz*


Andrew G. Schultz
Melanie B. Stambaugh
**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**
201 3rd Street NW, Suite 2200
Albuquerque, NM 87102
aschultz@rodey.com
mstambaugh@rodey.com
505-768-7288

David M. Monde
**JONES DAY**
1221 Peachtree Street NE
Suite 400
Atlanta, GA 30309
dmmonde@jonesday.com
404-521-3939

Meir Feder
Sharyl A. Reisman
**JONES DAY**
250 Vesey Street, Floor 34
New York, NY 10281
mfeder@jonesday.com
sareisman@jonesday.com
212-326-3939

Noel J. Francisco
William D. Coglianese
**JONES DAY**
51 Louisiana Drive NW
Washington, DC 20001
njfrancisco@jonesday.com
wcoglianese@jonesday.com
202-879-3939

*Counsel for Defendants- Petitioners Santa Fe Natural Tobacco Co., Reynolds American Inc., and R.J. Reynolds Tobacco Co.*

## CERTIFICATE OF COMPLIANCE

1. The foregoing document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the portions exempted by Federal Rule of Appellate Procedure 27(a)(2)(B) and 32(f), this document contains 288 words (as calculated by Microsoft Word).

2. The foregoing document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and Tenth Circuit Rule 32(A), and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), because this document has been prepared in a proportionally spaced typeface using Microsoft Word (version 2302) in 14-point Calisto MT.

Dated: October 5, 2023

*/s/ Andrew G. Schultz*

Andrew G. Schultz
**RODEY, DICKASON,**
**SLOAN, AKIN & ROBB, P.A.**
201 3rd Street NW, Suite 2200
Albuquerque, NM 87102
aschultz@rodey.com
505-768-7288

## CERTIFICATE OF ELECTRONIC SUBMISSION

I hereby certify that, on October 5, 2023, I transmitted the foregoing document to the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit via the court's CM/ECF system. I further certify that all parties are represented by counsel of record who are registered CM/ECF users and who will be served by the Court's CM/ECF system.

Dated: October 5, 2023

*/s/ Andrew G. Schultz*

Andrew G. Schultz
**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**
201 3rd Street NW, Suite 2200
Albuquerque, NM 87102
aschultz@rodey.com
505-768-7288