No. 23-706

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

*In re: Santa Fe Natural Tobacco Company
Marketing and Sales Practices & Products Liability Litigation*

On Petition For Permission To Appeal From
The United States District Court For The District Of New Mexico

No. 1:16-md-2695-JB-LF (MDL No. 2695)
(The Honorable James O. Browning)

## DEFENDANTS' REPLY IN SUPPORT OF
## RULE 23(f) PETITION FOR PERMISSION TO APPEAL

Andrew G. Schultz
Melanie B. Stambaugh
**RODEY, DICKASON,
SLOAN, AKIN & ROBB, P.A.**
201 3rd Street NW, Suite 2200
Albuquerque, NM 87102
aschultz@rodey.com
mstambaugh@rodey.com
505-768-7288

David M. Monde
**JONES DAY**
1221 Peachtree Street NE
Suite 400
Atlanta, GA 30309
dmmonde@jonesday.com
404-521-3939

Meir Feder
Sharyl A. Reisman
**JONES DAY**
250 Vesey Street, Floor 34
New York, NY 10281
mfeder@jonesday.com
sareisman@jonesday.com
212-326-3939

Noel J. Francisco
William D. Coglianese
**JONES DAY**
51 Louisiana Drive NW
Washington, DC 20001
njfrancisco@jonesday.com
wcoglianese@jonesday.com
202-879-3939

*Counsel for Defendants-Petitioners Santa Fe Natural Tobacco Co.,
Reynolds American Inc., and R.J. Reynolds Tobacco Co.*

## TABLE OF CONTENTS

                                                                         **Page**

ARGUMENT ............................................................................................... 1

CERTIFICATE OF COMPLIANCE ......................................................... 4

CERTIFICATE OF ELECTRONIC SUBMISSION ..................................... 5

- ii -

## TABLE OF AUTHORITIES

**Page(s)**

**CASES**

*BP P.L.C. v. Mayor & City Council of Baltimore*,
　141 S. Ct. 1532 (2021) ................................................................................. 2

*Comcast Corp. v. Behrend*,
　569 U.S. 27 (2013) ....................................................................................... 1

*Vallario v. Vandehey*,
　554 F.3d 1259 (10th Cir. 2009) .................................................................... 2

*Yamaha Motor Corp. v. Calhoun*,
　516 U.S. 199 (1996) ..................................................................................... 2

**STATUTES**

28 U.S.C. § 1292 ................................................................................................ 2

28 U.S.C. § 1447 ................................................................................................ 2

**OTHER AUTHORITIES**

16 Wright & Miller, Fed. Prac. & Proc. Juris. § 3931.1 (3d ed.) ....................... 2

## ARGUMENT

Plaintiffs' response, as well as their own Rule 23(f) petition, confirms that they agree with Defendants that the Court should grant review and address the two issues Defendants identified: how a need for individualized litigation over whether each claimant actually has a claim affects whether to certify a class; and what is required for plaintiffs' damages model to fit their theory of liability in a consumer-fraud case, as mandated by *Comcast Corp. v. Behrend*, 569 U.S. 27 (2013). Pls.' Response at 11, 18 n.15.[1] Plaintiffs nonetheless urge the Court to grant *only* their petition, and deny Defendants' petition. *Id.* at 2, 21. That attempt to artificially constrain this Court's review makes no sense. As Defendants have stated, the Court should grant both sides' petitions. Defs.' Response at 2, 15.

As the parties' briefs show, both sides agree that the decision below satisfies this Court's standards for granting interlocutory review of class-certification decisions. Those standards do not turn on whether the district court erred in plaintiffs' or defendants' favor. Instead, the relevant question here is whether the decision below (a) "involve[s] an unresolved issue of law relating to class actions that is likely to evade end-of-case review, and [that is] significant to the case at

---

[1] As the two sides' petitions have different docket numbers, "Pls.' Response" refers to Plaintiffs' response to Defendants' petition in No. 23-706. "Defs.' Response" is Defendants' response to Plaintiffs' 23(f) petition (referred to herein as "Pls.' Pet.") in No. 23-705.

hand, as well as to class action cases generally"; or (b) is "manifestly erroneous." *Vallario v. Vandehey*, 554 F.3d 1259, 1263 (10th Cir. 2009). And the parties *agree* that both the ascertainability issue and the *Comcast* issue meet these standards. Defs.' Pet. at 1-3, 12-14, 20; Pls.' Pet. at 8-9, 12-18. Given that consensus, there is no basis for granting only one side's petition for review of the decision below. Indeed, doing so would be particularly nonsensical given that determining the proper standard that should govern each of these two issues necessarily implicates both sides' competing positions on each issue.

Against this, Plaintiffs offer no actual reason for granting just one petition. Nor have they identified any case in which a court of appeals addressing Rule 23(f) petitions filed by both sides granted only one of the petitions. To the contrary, as a rule an interlocutory appeal from a district court order gives the Court appellate jurisdiction over the order on appeal, and not merely specific issues within that order. *See Yamaha Motor Corp. v. Calhoun*, 516 U.S. 199, 205 (1996) (applying this principle to appeals under 28 U.S.C. § 1292(b)); *BP P.L.C. v. Mayor & City Council of Baltimore*, 141 S. Ct. 1532, 1539-40 (2021) (same for 28 U.S.C. § 1447(d)); *see also* 16 Wright & Miller, Fed. Prac. & Proc. Juris. § 3931.1 (3d ed.) (explaining that, in an appeal under Rule 23(f), "[a]nything that properly enters the determination whether to certify a class is bound up with the order").

Defendants therefore respectfully submit that the Court should grant both sides' petitions for review of the decision below.[2]

Dated: October 5, 2023

/s/ *Andrew G. Schultz*
Andrew G. Schultz
Melanie B. Stambaugh
**RODEY, DICKASON,
SLOAN, AKIN & ROBB, P.A.**
201 3rd Street NW, Suite 2200
Albuquerque, NM 87102
aschultz@rodey.com
mstambaugh@rodey.com
505-768-7288

David M. Monde
**JONES DAY**
1221 Peachtree Street NE
Suite 400
Atlanta, GA 30309
dmmonde@jonesday.com
404-521-3939

Respectfully submitted,

Meir Feder
Sharyl A. Reisman
**JONES DAY**
250 Vesey Street, Floor 34
New York, NY 10281
mfeder@jonesday.com
sareisman@jonesday.com
212-326-3939

Noel J. Francisco
William D. Coglianese
**JONES DAY**
51 Louisiana Drive NW
Washington, DC 20001
njfrancisco@jonesday.com
wcoglianese@jonesday.com
202-879-3939

*Counsel for Defendants- Petitioners Santa Fe Natural Tobacco Co., Reynolds American Inc., and R.J. Reynolds Tobacco Co.*

---

[2] Much of Plaintiffs' response is devoted to a biased account of the merits of the litigation. Defendants will reserve their rebuttal to that version for merits briefing, in the event this Court grants review.

# CERTIFICATE OF COMPLIANCE

1. The foregoing document complies with the type-volume limitation of Tenth Circuit Rule 5.1 because, excluding the portions exempted by Federal Rule of Appellate Procedure 32(f), this document contains 548 words (as calculated by Microsoft Word).

2. The foregoing document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and Tenth Circuit Rule 32(A), and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), because this document has been prepared in a proportionally spaced typeface using Microsoft Word (version 2302) in 14-point Calisto MT.

Dated: October 5, 2023

*/s/ Andrew G. Schultz*

Andrew G. Schultz
**RODEY, DICKASON,
SLOAN, AKIN & ROBB, P.A.**
201 3rd Street NW, Suite 2200
Albuquerque, NM 87102
aschultz@rodey.com
505-768-7288

- 5 -

## CERTIFICATE OF ELECTRONIC SUBMISSION

I hereby certify that, on October 5, 2023, I transmitted the foregoing document to the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit via the court's CM/ECF system. I further certify that all parties are represented by counsel of record who are registered CM/ECF users and who will be served by the Court's CM/ECF system.

Dated: October 5, 2023         /s/ *Andrew G. Schultz*

Andrew G. Schultz
**RODEY, DICKASON,
SLOAN, AKIN & ROBB, P.A.**
201 3rd Street NW, Suite 2200
Albuquerque, NM 87102
aschultz@rodey.com
505-768-7288